## Henry Le Beau, Appellee, v. Chicago & Alton Railroad Company, Appellant.

### Gen. No. 23,259.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICH-ARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed with a finding of fact. Opinion filed March 13, 1918.

### Statement of the Case.

Action by Henry Le Beau, plaintiff, against the Chicago & Alton Railroad Company, a corporation, defendant, to recover damages for personal injuries. From a judgment for plaintiff for $3,000, defendant appeals.

WINSTON, PAYNE, STRAWN & SHAW, for appellant; EDWARD W. EVERETT and HAROLD BEACOM, of counsel.

LITZINGER, HEALY & REID, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

1. RAILROADS, § 738*—*when evidence shows contributory negligence of person crossing tracks.* Evidence *held* to show plaintiff, a child 10 years of age, was guilty of contributory negligence which was the proximate cause of the accident and his resulting injuries, in an action to recover damages for such injuries, due to the negligent operation of a freight train while plaintiff was crossing over defendant's tracks.

2. NEGLIGENCE, § 97*—*when child capable of being guilty of contributory.* A boy a little over 10 years of age is capable of being guilty of contributory negligence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.